UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SENTRY SELECT INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:10CV789 RWS |
| | ) | |
| TRAVONTI WALKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before me upon my review of the parties' joint proposed scheduling plan. According to the proposed scheduling plan, one or more of the parties will be moving to stay this action in the near future. Therefore, in the interests of judicial economy, the Court will vacate the current Rule 16 conference and will reset it, if necessary, following the Court's ruling on the stay issue. However, to expedite resolution of this issue, any party seeking a stay of this action must do so by November 12, 2010. Any opposition to a motion to stay must be filed by November 30, 2010, and any reply brief may be filed by December 10, 2010.

Accordingly,

**IT IS HEREBY ORDERED** that the **Rule 16 conference set for October 28, 2010 at 11:00 a.m. is vacated and will be reset, if necessary, following the Court's ruling on any motion to stay.**

**IT IS FURTHER ORDERED** that any party seeking a stay of this action must do so by **November 12, 2010.** Any opposition to a motion to stay must be filed by **November 30, 2010**, and any reply brief may be filed by **December 10, 2010.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of October, 2010.