UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SENTRY SELECT INS. CO., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:10CV789 RWS |
| TRAVONTI WALKER, et al., | ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

Having been advised by counsel that the underlying state court action has settled and that this case will likely be dismissed after the state court settlements are finalized,

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that the parties shall either file stipulations for dismissal or a memorandum updating the Court on the status of the underlying state court action and whether the parties intend to proceed with this case by **February 25, 2011**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of January, 2011.