UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SENTRY SELECT INS. CO., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:10CV789 RWS |
| TRAVONTI WALKER, et al., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Having reviewed the parties' responses to my Order dated January 21, 2011,

**IT IS HEREBY ORDERED** that there will be a status conference in this matter on **March 31, 2011 at 11:30 a.m. in the chambers of the undersigned.** If this case remains unresolved, the parties shall submit a joint proposed scheduling plan by not later than **March 25, 2011** and be prepared to discuss the schedule at the status conference.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of February, 2011.